# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

## CASE NO. 5: 14 cr 15-01

UNITED STATES OF AMERICA

V.

GAUTAM SAVLA

FILED
CHARLOTTE, NC

MAY 1 - 2019

US DISTRICT COURT
WESTERN DISTRICT OF NC

## ORDER

**THIS MATTER** is before the Clerk due to his fiduciary duty to disperse restitution payments in accordance with the Judgments of this court.

On June 4, 2015, the "Judgement" of this court [Doc. 27] directed that restitution of $259,395.00 be paid to the NC Department of Revenue and another $664,582.00 be paid to the Alcohol Tobacco Tax and Trade Bureau [Trade Bureau]. Per the "Judgement", the NC Department of Revenue was paid $130,000.00 in restitution towards the total amount Ordered paid to them.

Ms. Yvonne Thomas of the NC Department of Revenue/Excise Tax Division has advised the Clerk that the excise tax on the debt owed the NC Department of Revenue has expired and as such the Department will retain only $9,000.00 of the restitution ordered in the "Judgment." The Department returned $121,000.00 to the Clerk of Court.

Accordingly, restitution in the amount of $9,000.00 is the total sum that will be paid to the NC Department of Revenue in this matter.

Per the "Judgment", the Alcohol Tobacco Tax and Trade Bureau is to receive $664,582.00 in restitution. Therefore, the Clerk will remit the $121,000.00 returned by the NC Department of Revenue to the Trade Bureau. Further, as the $9,000.00 paid to the NC Department of Revenue represents their payment in full per their instructions, all future payments in this matter shall be remitted to the Trade Bureau.

Accordingly, the Clerk's Financial Department is ORDERED to remit all restitution payments in this case previously directed to be paid to the NC Department of Revenue to the Alcohol Tobacco Tax and Trade Bureau until the amount of restitution Ordered to be paid to that party is satisfied.

**So, ORDERED, this 1st day of May 2019.**

*Frank G. Johns, Clerk*